# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.  
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Fax: 919-861-5555

**DATE:** May 28, 2024

**FROM:** Timothy L. Gupton  
Senior U.S. Probation Officer

**SUBJECT:** BAREFOOT, Eddie Floyd  
Case No.: 5:20-CR-432-1BO  
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle  
United States District Judge

On October 21, 2021, Eddie Floyd Barefoot was convicted of Possession of a Firearm by a Felon. Mr. Barefoot appeared in United States District Court for the Eastern District of North Carolina and received 5 years of probation. He began supervision on October 21, 2021.

Mr. Barefoot has performed satisfactorily on supervision. He has submitted to DNA testing, has had no new criminal charges, and has been on low intensity supervision since January 2023. All drug screens have been negative. Mr. Barefoot is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on October 20, 2026.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.  
☐ I disagree with the recommendation. I will reconsider in one year.  
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____  
Terrence W. Boyle  
United States District Judge

5-29-24  
Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.　　　　　　　　　　　　　　　　　　　　Crim. No. 5:20-CR-432-1BO

**EDDIE FLOYD BAREFOOT**

On October 21, 2021, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/Timothy L. Gupton
> Timothy L. Gupton
> Senior U.S. Probation Officer
> 310 New Bern Avenue, Room 610
> Raleigh, NC 27601-1441
> Phone: 919-861-8686
> Executed On: May 28, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __29__ day of __May__, 2024.

　　　　　　　　　　　　　　　　　　　　　　　Terrence W. Boyle
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge